MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DANIEL P. TALBERT (SBN OH 0084088)
Special Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: Daniel.Talbert@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD TORRE,<br><br>Defendant. | Case No.: CR 13-00533 WHO<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING UNTIL SEPTEMBER 26, 2013, AND TO EXCLUDE TIME BETWEEN SEPTEMBER 19, 2013, AND SEPTEMBER 26, 2013** |

The defendant, RICHARD TORRE, represented by RITA BOSWORTH, Assistant Federal Public Defender, and the government, represented by DANIEL P. TALBERT, Special Assistant United States Attorney, stipulate to continue the defendant's change of plea hearing, currently set for September 19, 2013, until September 26, 2013. The parties further stipulate that time should be excluded from September 19, 2013, to September 26, 2013 from the Speedy Trial Clock.

The parties appeared before the Court on September 5, 2013, and requested a change of plea hearing to be set for September 19, 2013. The United States provided a plea agreement draft to defense counsel on September 17, 2013, and defense counsel requires additional time to review the agreement with her client. Therefore, the parties request a continuance until September 26, 2013.

The parties also jointly request that time be excluded from the Speedy Trial Clock from September 19, 2013, to September 26, 2013. The parties request that time be excluded based upon the need for effective preparation of counsels, pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv).

DATED: September 18, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U.S. Attorney

DATED: September 18, 2013

BY *s/ Rita Bosworth*
RITA BOSWORTH
Assistant Federal Public Defender
(as authorized by email)

# ORDER

Based upon the representations of counsels and for good cause shown, the Court orders that the change of plea hearing for the defendant shall be re-set for September 26, 2013, at 1:30 pm. The Court further finds that failing to exclude the time between September 19, 2013, and September 26, 2013 would unreasonably deny counsels the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 19, 2013, and September 26, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between September 19, 2013, and September 26, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _September 18, 2013____________________

HON. WILLIAM H. ORRICK
United States District Judge